# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**INSURANCE CORPORATION OF HANNOVER**                                                   **PLAINTIFF**

**v.**                                        **2:08CV00191-WRW**

**MELISSA PLEDGER,** *et al*.                                                                **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Stay (Doc. No. 19).  Defendant Angels Way has responded (Doc. No. 21), and does not oppose the motion. The remaining Defendants have not responded, and the time has passed for doing so.

Plaintiff's Motion is GRANTED. This case is administratively terminated without prejudice. The parties are directed to notify the Court if this case needs to be reopened.

IT IS SO ORDERED this 1st day of May, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE